JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM    2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS    1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1   04-22228        Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1   04-4467         Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE    2   04-1735         Linda Rizzo v. Pfizer, Inc.
LAE    2   04-2087         Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE    2   04-2509         Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE    4   04-982~~         ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN    2   04-255~~          ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN    4   04-275~~          ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ    2   04-4236         Steven Kail, et al. v. Pfizer, Inc., et al.
NJ    2   04-4497         International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ    2   04-4593         Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE    2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE    2   04-309~~          ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

Docket as of November 10, 2004 9:21 pm                                    Web PACER (v2.4)

---

# U.S. District Court

04cv12617 PBS

## Northern District of Illinois (Chicago)

### CIVIL DOCKET FOR CASE #: 04-CV-4467

### Allied Svc Div WelFd v. Pfizer Inc, et al

Filed: 07/06/04
Assigned to: Hon. David H. Coar
Jury demand: Plaintiff
Demand: $75,000
Nature of Suit: 470
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 18:1962 Racketeering (RICO) Act

---

```
ALLIED SERVICES DIVISION           Robert A. Clifford
WELFARE FUND, on behalf of         [COR LD NTC A]
itself and all others              Clifford Law Offices, P.C.
similarly situated                 120 North LaSalle Street
    plaintiff                      31st Floor
                                   Chicago, IL 60602
                                   (312) 899-9090

                                   George S. Bellas
                                   [COR NTC]
                                   Bellas & Wachowski
                                   15 North Northwest Highway
                                   Park Ridge, IL 60068
                                   (847) 823-9030

                                   Chris Seeger
                                   [COR NTC]
                                   Seeger Weiss LLP
                                   One William Street
                                   New York, NY 10004
                                   (212) 584-0700

                                   James R Dugan, II
                                   [COR NTC]
                                   Dugan & Browne
                                   3500  North Hullen Street
                                   Metairie, LA 70002
                                   (504) 456-8600
```

```
                              Art Sadin
                              [COR NTC]
                              Provost Umphrey Law Firm, LLP
                              1560 West Bay Area Blvd
                              #355
                              Friendswood, TX 77546
                              (281)992-1550




    v.

PFIZER, INC., a Delaware      Robert Burkart Ellis
corporation and               [COR LD NTC A]
    defendant                 George D Sax
                              [COR]
                              Kirkland & Ellis LLP
                              200 East Randolph Drive
                              Suite 5800
                              Chicago, IL 60601
                              (312) 861-2000


WARNER LAMBERT COMPANY, a     Robert Burkart Ellis
corporation                   (See above)
    defendant                 [COR LD NTC A]
                              George D Sax
                              (See above)
                              [COR]
```

## DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 7/6/04 | 1 | COMPLAINT; jury demand - Civil cover sheet - Appearance(s) of Robert A. Clifford, James R. Dugan II, Art Sadin, Chris Seeger and George Bellas as attorney(s) for plaintiff ( No summons(es) issued.) ( Documents: 1-1 through 1-4) (rm) [Entry date 07/07/04] |
| 7/6/04 | -- | RECEIPT regarding payment of filing fee paid; on 7/6/04 in the amount of $ 150.00, receipt # 109 3158. (rm) [Entry date 07/07/04] |
| 8/5/04 | 2 | WAIVER of service of summons as to defendant Pfizer Inc sent on 7/8/04; Notice (rm) [Entry date 08/06/04] |

| Date | # | Entry |
|---|---|---|
| 8/30/04 | -- | SCHEDULE set on 8/30/04 by Hon. David H. Coar : Rule 16(b) Scheduling/Pretrial conference set to 10:30 10/22/04 in chambers. Report of planning conference pursuant to Rule 26(f) and proposed scheduling order pursuant to Rule 16(b) to be filed in chambers. (See reverse side of scheduling order. Copies of form reports of planning conference and proposed scheduling order are available in chambers or on the court's web page.) Mailed notice (pm) [Entry date 08/30/04] |
| 9/9/04 | 4 | JOINT MOTION by plaintiff and defendants to stay proceedings pending transfer by the judicial panel on multidistrict litigation (Attachments); Notice (rm) [Entry date 09/16/04] |
| 9/10/04 | 3 | ATTORNEY APPEARANCE for defendants Pfizer Inc and Warner Lambert Co by Robert Burkart Ellis and George D Sax (rm) [Entry date 09/13/04] |
| 9/15/04 | 5 | MINUTE ORDER of 9/15/04 by Hon. David H. Coar: Joint motion to stay proceedings pending transfer by the judicial panel on multidistrict litigation is granted [4-1]. The Rule 16(b) scheduling/pretrial conference set for 10/22/04 is stricken. Status hearing set for 11/9/04 at 9:00 a.m. Mailed notice (rm) [Entry date 09/16/04] |
| 11/9/04 | 6 | MINUTE ORDER of 11/9/04 by Hon. David H. Coar: Status hearing held. The court having received a copy of the transfer order, this action is transferred forthwith, to MDL #1629, in re Neurontin Marketing and Sale Practices Litigation. This case is closed terminating case. Mailed notice (air) [Entry date 11/10/04] |

Case Flags:
TERMED
KEYS

END OF DOCKET: 1:04cv4467

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 15:54:54 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 1:04cv04467 |
| Billable Pages: | 3 | Cost: | 0.21 |