# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

**CLERK**

312-435-5670

December 27, 2004

Tony Anastas, Clerk
United States District Court
2300 John Joseph Moakley
  United States Courthouse
One Courthouse Way
Boston, MA  02210-3002

Re:   Allied Services Division Welfare Fund  -vs- Pfizer, Inc., et al

USDC No.: 04 C 4467
MDL Docket No.: 1629

Dear Clerk:

Enclosed is the certified record which is being transferred to your Court pursuant to an order
entered by the Judicial Panel on Multidistrict Litigation, through its Clerk, on December 7, 2004.
The filing fee of $150.00 was paid by the plaintiff and has been reported to the Administrative
Office as an earning in this office.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: R.M. McGhee
Deputy Clerk

Enclosure(s):

New Case No. _____       Date: _____